UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANBANG GROUP HOLDINGS CO. LIMITED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAIBIN ZHOU, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-00998-VC<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 61 |

The motion for reconsideration is granted. The court clerk's decision not to enter default as to Amer Group and AB Stable Group was error. Alternative service through the Delaware Secretary of State, without a prior court order, satisfies Rule 4(e). Because the plaintiffs could not "by due diligence" serve these defendants using other specified means, service through the Delaware Secretary of State was proper. Del. Code Ann. tit. 6, § 18-105. No court order was necessary. *See id.*

The clerk's error was understandable; California law does require court permission before serving a California corporation through the California Secretary of State. *See* Cal. Corp. Code § 17701.16. But it was error all the same. Because it would be wasteful to have the plaintiffs spend more time and resources on service, the clerk is directed to enter default as to Amer Group and AB Stable Group.

**IT IS SO ORDERED.**

Dated: August 2, 2023

_____
VINCE CHHABRIA
United States District Judge