UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANBANG GROUP HOLDINGS CO. LIMITED, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HAIBIN ZHOU, et al.,<br><br>    Defendants. | Case No.  23-cv-00998-VC   (TSH)<br><br>**DISCOVERY ORDER** |

  The Court attempted to have a telephonic hearing this morning concerning discovery issues, but defense counsel's long, rambling speeches and constant interruptions made the hearing impossible.  At the hearing Plaintiffs raised three issues:  (1) the timing of Defendants' document production, (2) the scheduling of Yan Zhao's deposition, and (3) how the Court prefers to handle Plaintiffs' forthcoming challenge to Defendants' invocation of the attorney-client privilege based on the crime-fraud doctrine.

  The Court's normal method of having discovery disputes briefed is to have the parties file joint discovery letter briefs.  In light of defense counsel's conduct at the hearing this morning, the Court is skeptical that joint briefs can be made to work.  Accordingly, the Court **ORDERS** Plaintiffs to file a discovery letter brief not to exceed two and a half pages by noon on November 20, 2023 concerning issues 1 and 2.  The Court **ORDERS** Defendants to file a response not to exceed two and a half pages by noon on November 21, 2023.  Either side may attach as many exhibits as they want.

  For future discovery disputes, the Court relieves the parties of the requirement in its Discovery Standing Order to submit joint discovery letter briefs.  For future disputes, either side shall file a discovery letter brief not to exceed two and a half pages, and the other side's response

(also not to exceed two and a half pages) shall be due two court days later.  There is no restriction on the number of exhibits.  Plaintiffs should use this mechanism to raise the crime-fraud issue.  After the Court reviews the letter briefs, it will decide if additional briefing on that issue is warranted.

**IT IS SO ORDERED.**

Dated: November 17, 2023

THOMAS S. HIXSON
United States Magistrate Judge