UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANBANG GROUP HOLDINGS CO. LIMITED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAIBIN ZHOU, et al.,<br><br>    Defendants. | Case No. 23-cv-00998-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 149 |

We are here on Plaintiffs' motion to compel. Plaintiffs state that they served their first set of requests for production ("RFPs") on September 7, 2023, and Defendants Law Office of Ning Ye and Yan Zhao ("Defendants") have still not served responses. Plaintiffs request that the Court set a deadline of December 4, 2023, by which Defendants are required to respond to Plaintiffs' RFPs and produce documents. Plaintiffs have also been attempting to schedule Zhao's deposition. They ask the Court to set a date certain for the deposition, such as December 19, 2023. Plaintiffs state that their counsel will travel to Washington, D.C., near Zhao's residence, for the deposition. Defendants say they have "no objection" to Plaintiffs' proposal. ECF No. 150. Accordingly, the Court **ORDERS** Defendants to respond to Plaintiffs' RFPs and to produce the requested documents by December 4, 2023. The Court **ORDERS** Zhao to be deposed in Washington, D.C., on December 19, 2023.

Plaintiffs also request guidance on how to raise a dispute concerning the crime-fraud exception to the attorney-client privilege. However, the Court provided this guidance in ECF No. 148.

**IT IS SO ORDERED.**

Dated: November 21, 2023

THOMAS S. HIXSON
United States Magistrate Judge